FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CASE NO. DA 19-0533

NATIONAL INDEMNITY COMPANY,

       Plaintiff/Appellant/Cross-Appellee,

  v.

STATE OF MONTANA,

       Defendant/Appellee/Cross-Appellant,

and

TERRY JELLESED, *et al.*,

       Intervenors.

## ORDER GRANTING APPELLANT/CROSS-APPELLEE NATIONAL INDEMNITY COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant/Cross-Appellee National Indemnity Company's Unopposed Motion for Extension of Time, for good cause, and there being no objection, Appellant/Cross-Appellee is granted an extension of time of 30 days to file its combined reply and answer brief, responding to briefing by both Intervenors and the State, on or before July 8, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 15 2020